2007–2116.   State ex rel. Dolgencorp, Inc. v. Indus. Comm.
Franklin App. No. 06AP–1217, 2007-Ohio-5087.

# CASE ANNOUNCEMENTS
## November 21, 2007

[Cite as *11/21/2007 Case Announcements*, 2007-Ohio-6140.]

## MERIT DECISIONS WITHOUT OPINIONS

2007–1654.   State ex rel. Bozsik v. Court of Appeals, Ninth Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

2007–1656.   State ex rel. Babos v. Court of Appeals, Sixth Appellate Dist.
In Mandamus. On motion for judgment on the pleadings. Motion granted. Cause dismissed.
    Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

2007–1675.   Poston v. Timmerman–Cooper.
In Prohibition. On motion for judgment on the pleadings. Motion granted. Cause dismissed.
    Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

2007–1699.   State ex rel. Macfarlane v. Tanner.
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

2007–1779.   Sharpe v. Wolfe.
In Habeas Corpus. On petition for writ of habeas corpus of Jeffrey Sharpe. Sua sponte, cause dismissed.
    Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2003–0346.   State v. Turner.
Franklin C.P. No. 01CR–06–3615. On application for reopening under S.Ct.Prac.R. XI(6). Motion denied because the appellant failed to comply with the 90-day filing deadline in S.Ct.Prac.R. XI(6)(A).

2006–2095.   McKinley v. Ohio Bur. of Workers' Comp.
Washington App. No. 06CA7, 2006-Ohio-5271. On motion for leave to file post-hearing brief. Motion denied.
    Pfeifer, J., dissents.

2007–0288 and 2007–0410.   Ahmad v. AK Steel Corp.
Butler App. No. CA2006–04–089, 2006-Ohio-7031. On amended motion to strike pages 26 through 33 of second supplement to merit brief. Motion granted.
    Pfeifer, O'Connor, and Lanzinger, JJ., dissent.